```
DANIEL J. BRODERICK, Bar #89414
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRIS TIOAYA BAYAOA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRIS TIOAYA BAYAOA, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | No. 2:07-cv-00160-MCE <br><br> STIPULATION AND ORDER <br><br> Date:  July 19, 2007 <br> Time:  9:00 a.m. <br> Judge: Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America though MATTHEW STEGMAN, Assistant U.S. Attorney and defendant, CHRIS TIOAYA BAYAOA, by and through his counsel, Dennis S. Waks, Supervising Assistant Federal Defender, that the status conference of June 7, 2007 be vacated and a status conference be set for July 19, 2007, at 9:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses.

///

///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 19, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  June 5, 2007

                                    Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal
Defender
Attorney for Defendant
CHRIS TIOAYA BAYAOA

Dated:  June 5, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Dennis S. Waks for
_____
MATTHEW STEGMAN
Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.


 Dated: June 6, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2