```
1  DANIEL J. BRODERICK, Bar #89414
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   CHRIS TIOAYA BAYAOA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-00160-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| CHRIS TIOAYA BAYAOA, | ) | Date: October 18, 2007 |
| | ) | Time: 9:00 a.m. |
| Defendants. | ) | Judge: Hon. Morrison C. England, Jr. |
| | ) | |
| _____ | ) | |

   It is hereby stipulated and agreed to between the United States of America though MATTHEW STEGMAN, Assistant U.S. Attorney and defendant, CHRIS TIOAYA BAYAOA, by and through his counsel, Dennis S. Waks, Supervising Assistant Federal Defender, that the status conference of August 30, 2007 be vacated and a status conference be set for October 18, 2007, at 9:00 a.m.

   This continuance is being requested because defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses.

///

1 | Furthermore, the government will be requesting a Protective Order soon
2 | and will supply the defendant with two new binders of discovery shortly
3 | thereafter.
4 |     Speedy trial time is to be excluded from the date of this order
5 | through the date of the status conference set for October 18, 2007,
6 | pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon
7 | continuity of counsel and defense preparation.

Dated:  August 27, 2007

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Dennis S. Waks
                                        _____
                                        DENNIS S. WAKS
                                        Supervising Assistant Federal
                                        Defender
                                        Attorney for Defendant
                                        CHRIS TIOAYA BAYAOA


Dated:  August 27, 2007

                                        MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Matthew Stegman
                                        _____
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney

                        O R D E R

IT IS SO ORDERED.

 Dated: August 29, 2007

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE

2