```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW STEGMAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2793
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   No. 2:07-cr-00160-MCE
                                 )
12           Plaintiff,          )   STIPULATION AND
                                 )   PROTECTIVE ORDER RE:
13      v.                       )   DISSEMINATION OF DISCOVERY
                                 )   DOCUMENTS CONTAINING ALLEGED
14  CHRIS TIOAYA BAYAOA,         )   VICTIMS NAMES AND PERSONAL
                                 )   IDENTIFYING INFORMATION
15           Defendants.         )
                                 )
16
17       IT IS HEREBY STIPULATED AND AGREED among the parties and their
18  respective counsel, Matthew Stegman, Assistant U.S. Attorney,
19  representing plaintiff United States of America, and Dennis S. Waks,
20  attorney for defendant Chris Tioaya Bayaoa, that the documents
21  provided as discovery after August 14, 2007, to defense counsel
22  which contain names and personal identification information such as
23  addresses, social security numbers, and bank account numbers of
24  alleged victims of identity theft are subject to a Protective Order
25  and that by signing this Stipulation and Protective Order counsel
26  agrees not to share any such documents that contain personal
27  identification information contained in these documents with anyone
28
```

other than defense counsel and his designated defense investigators and support staff.  Any pages of discovery that contain no personal identification information, or contain only victim names, but no additional personal identifying information, are not subject to this order.

    Defense counsel may permit the defendant to view the documents in the presence of his attorney or defense investigators, so long as defense counsel and the defense investigators do not allow the defendant to copy, by any means, the personal identification information contained in the discover, and defense counsel and the defense investigators do not allow the defendant to retain copies of these records.  It is further agreed that no other person shall be allowed to examine these documents unless authorized by further order of this Court.

DATED: August 27, 2007			McGregor W. Scott
						United States Attorney

					By:	/s/ Matthew Stegman
						MATTHEW STEGMAN
						Assistant U.S. Attorney

DATED: August 27, 2007		By:	/s/ Dennis S. Waks
						DENNIS S. WAKS
						Counsel for defendant
						CHRIS TIOAYA BAYAOA

**IT IS SO ORDERED.**

Dated: August 29, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2