1  DANIEL J. BRODERICK, Bar #89414
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   CHRIS TIOAYA BAYAOA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-00160-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| CHRIS TIOAYA BAYAOA, | ) | Date: December 6, 2007 |
| | ) | Time: 9:00 a.m. |
| Defendants. | ) | Judge: Hon. Morrison C. England, Jr. |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America though MATTHEW STEGMAN, Assistant U.S. Attorney and defendant, CHRIS TIOAYA BAYAOA, by and through his counsel, Dennis S. Waks, Supervising Assistant Federal Defender, that the status conference of October 18, 2007 be vacated and a status conference be set for December 6, 2007, at 9:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses. Furthermore, the government recently supplied the defendant with over 1000 pages of additional discovery and we are going through this

discovery with our client.

Also, counsel for the defendant will be on vacation out of state from October 25, 2007 to November 12, 2007.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for December 6, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  October 15, 2007

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Dennis S. Waks
                                          _____
                                          DENNIS S. WAKS
                                          Supervising Assistant Federal
                                          Defender
                                          Attorney for Defendant
                                          CHRIS TIOAYA BAYAOA

Dated:  October 15, 2007

                                          MCGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Matthew Stegman
                                          _____
                                          MATTHEW STEGMAN
                                          Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

 Dated: October 17, 2007

                                          _____
                                          MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE