```
 1  DANIEL J. BRODERICK, Bar #89414
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    CHRIS TIOAYA BAYAOA
 6
 7
 8               IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12  UNITED STATES OF AMERICA,    )  No. 2:07-cr-00160-MCE
                                 )
13              Plaintiff,       )
                                 )  STIPULATION AND ORDER
14       v.                      )
                                 )
15  CHRIS TIOAYA BAYAOA,         )  Date:  January 31, 2008
                                 )  Time:  9:00 a.m.
16              Defendants.      )  Judge: Hon. Morrison C. England, Jr.
                                 )
17  _____)
```

18    It is hereby stipulated and agreed to between the United States of
19  America though MATTHEW STEGMAN, Assistant U.S. Attorney and defendant,
20  CHRIS TIOAYA BAYAOA, by and through his counsel, Dennis S. Waks,
21  Supervising Assistant Federal Defender, that the status conference of
22  December 6, 2007 be vacated and a status conference be set for
23  January 31, 2008, at 9:00 a.m.
24    This continuance is being requested because defense counsel
25  requires additional time to review discovery, continue our
26  investigation, and to interview our client and other witnesses.
27  Furthermore, the government has supplied the defendant with over 1000
28  pages of additional discovery and we are going through this discovery

with our client.

    Also, counsel for the defendant will be on vacation out of state from December 24, 2007 to January 2, 2008.

    Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January 31, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: December 4, 2007

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /s/ Dennis S. Waks
    _____
    DENNIS S. WAKS
    Supervising Assistant Federal Defender
    Attorney for Defendant
    CHRIS TIOAYA BAYAOA

Dated: December 4, 2007

    MCGREGOR W. SCOTT
    United States Attorney

    /s/ Matthew Stegman
    _____
    MATTHEW STEGMAN
    Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: December 6, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2