```
1  DANIEL J. BRODERICK, Bar #89414
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   CHRIS TIOAYA BAYAOA
6
7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12 UNITED STATES OF AMERICA,    )  No. 2:07-cr-00160-MCE
                                )
13               Plaintiff,     )
                                )  STIPULATION AND ORDER
14       v.                     )
                                )
15 CHRIS TIOAYA BAYAOA,         )  Date:  February 21, 2008
                                )  Time:  9:00 a.m.
16               Defendants.    )  Judge: Hon. Morrison C. England, Jr.
                                )
17 _____ )
```

18      It is hereby stipulated and agreed to between the United States of
19 America though MATTHEW STEGMAN, Assistant U.S. Attorney and defendant,
20 CHRIS TIOAYA BAYAOA, by and through his counsel, Dennis S. Waks,
21 Supervising Assistant Federal Defender, that the status conference of
22 January 31, 2008 be vacated and a status conference be set for
23 February 21, 2008, at 9:00 a.m.
24      This continuance is being requested because defense counsel
25 requires additional time to review discovery, continue our
26 investigation, and to interview our client and other witnesses.
27 ///
28 ///

1  Furthermore, the government has supplied the defendant with over 1000
2  pages of additional discovery and we are going through this discovery
3  with our client.
4      Speedy trial time is to be excluded from the date of this order
5  through the date of the status conference set for February 21, 2008,
6  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon
7  continuity of counsel and defense preparation.
8  Dated:  January 29, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks

_____
DENNIS S. WAKS
Supervising Assistant Federal
Defender
Attorney for Defendant
CHRIS TIOAYA BAYAOA

Dated:  January 29, 2008

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew Stegman

_____
MATTHEW STEGMAN
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: January 30, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2