1  DANIEL J. BRODERICK, Bar #89414
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   CHRIS TIOAYA BAYAOA

            IN THE UNITED STATES DISTRICT COURT

            FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,    )  No. 2:07-cr-00160-MCE
                             )
            Plaintiff,       )
                             )  STIPULATION AND ORDER
     v.                      )
                             )
CHRIS TIOAYA BAYAOA,         )  Date:  March 19, 2008
                             )  Time:  9:00 a.m.
            Defendants.      )  Judge: Hon. Morrison C. England, Jr.
                             )
_____)

     It is hereby stipulated and agreed to between the United States of America though MATTHEW STEGMAN, Assistant U.S. Attorney and defendant, CHRIS TIOAYA BAYAOA, by and through his counsel, Dennis S. Waks, Supervising Assistant Federal Defender, that the status conference of February 21, 2008 be vacated and a status conference be set for March 19, 2008, at 9:00 a.m.

     This continuance is being requested to allow defense counsel additional time to review discovery, conduct ongoing investigation, and to interview our client and other witnesses.

///

///

1  Furthermore, the government has supplied the defendant with over 1000
2  pages of additional discovery and we are going through this discovery
3  with our client.
4     Speedy trial time is to be excluded from the date of this order
5  through the date of the status conference set for March 19, 2008,
6  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon
7  continuity of counsel and defense preparation.

Dated:  February 14, 2008

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                  /s/ Dennis S. Waks
                                  _____
                                  DENNIS S. WAKS
                                  Supervising Assistant Federal
                                  Defender
                                  Attorney for Defendant
                                  CHRIS TIOAYA BAYAOA

Dated:  February 14, 2008

                                  MCGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ Matthew Stegman
                                  _____
                                  MATTHEW STEGMAN
                                  Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: February 19, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE