1  DANIEL J. BRODERICK, Bar #89414
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   CHRIS TIOAYA BAYAOA

                IN THE UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,    )   No. 2:07-cr-00160-MCE
                             )
            Plaintiff,       )
                             )
       v.                    )   STIPULATION AND ORDER
                             )
CHRIS TIOAYA BAYAOA,         )   Date:  April 3, 2008
                             )   Time:  9:00 a.m.
            Defendants.      )   Judge: Hon. Morrison C. England, Jr.
                             )
_____)

     It is hereby stipulated and agreed to between the United States of America though MATTHEW STEGMAN, Assistant U.S. Attorney and defendant, CHRIS TIOAYA BAYAOA, by and through his counsel, Dennis S. Waks, Supervising Assistant Federal Defender, that the status conference of March 19, 2008 be vacated and a status conference be set for April 3, 2008, at 9:00 a.m.

     This continuance is being requested to allow defense counsel additional time to review discovery, conduct ongoing investigation, and to interview our client and other witnesses.

///

///

1  Furthermore, the government has supplied the defendant with over 1000
2  pages of additional discovery and we are going through this discovery
3  with our client.
4     Speedy trial time is to be excluded from the date of this order
5  through the date of the status conference set for April 3, 2008,
6  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon
7  continuity of counsel and defense preparation.
8  Dated:  March 17, 2008
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Dennis S. Waks
                                    _____
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal
                                    Defender
                                    Attorney for Defendant
                                    CHRIS TIOAYA BAYAOA

   Dated:  March 17, 2008

                                    MCGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Matthew Stegman
                                    _____
                                    MATTHEW STEGMAN
                                    Assistant U.S. Attorney

                          **O R D E R**

   IT IS SO ORDERED.

    Dated: March 19, 2008

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE

                                 2