1  DANIEL J. BRODERICK, Bar #89414
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   CHRIS TIOAYA BAYAOA

                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,      )   No. CR-S-07-160-MCE
                               )
            Plaintiff,         )
                               )   STIPULATION AND ORDER
       v.                      )
                               )
CHRIS TIOAYA BAYAOA,           )   Date:  April 17, 2008
                               )   Time:  9:00 a.m.
            Defendants.        )   Judge: Hon. Morrison C. England, Jr.
                               )
_____)

     It is hereby stipulated and agreed to between the United States of America though MATTHEW STEGMAN, Assistant U.S. Attorney and defendant, CHRIS TIOAYA BAYAOA, by and through his counsel, Dennis S. Waks, Supervising Assistant Federal Defender, that the status conference of April 3, 2008 be vacated and a status conference/change of plea be set for April 17, 2008, at 9:00 a.m.

     This continuance is being requested to allow defense counsel additional time to review discovery, conduct ongoing investigation, and to interview our client and other witnesses.  Furthermore, the government has supplied the defendant with over 1000 pages of additional discovery and we are going through this discovery with our

client.

    Speedy trial time is to be excluded from the date of this order through the date of the status conference/change of plea set for April 17, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  April 2, 2008

                            Respectfully submitted,

                            DANIEL J. BRODERICK
                            Federal Defender

                            /s/ Dennis S. Waks
                            _____
                            DENNIS S. WAKS
                            Supervising Assistant Federal Defender
                            Attorney for Defendant
                            CHRIS TIOAYA BAYAOA

Dated:  April 2, 2008

                            MCGREGOR W. SCOTT
                            United States Attorney

                            /s/ Matthew Stegman
                            _____
                            MATTHEW STEGMAN
                            Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: April 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2